IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Jenk's Best Living, LLC | ) | Adv. Case No. 26-176-MMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marc Kulick; Vesta Realty, LLC; Vesta | ) | |
| Capital, LLC; YSA Investments 1, LLC; | ) | |
| and Bocaire Tulsa Lender, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR A TEMPORARY RESTRAINING ORDER,
PRELIMINARY INJUNCTION, AND FOR EXPEDITED HEARING**

Plaintiff, Jenk's Best Living, LLC ("plaintiff"), by and through undersigned counsel, in accordance with Rule 7065, files this Motion for a Temporary Restraining Order and Preliminary Injunction and requests that the Court hear the motion on an emergency basis. In support, plaintiff states as follows:

1.  Plaintiff filed a bankruptcy petition and avoidance complaint on July 20, 2026, in this Court.

2. As set forth in plaintiff's Motion for Temporary Restraining Order, defendants are attempting to exercise control over plaintiff's apartment complex, operations, rental income, and property based upon loan documents and related instruments that were unauthorized and are void. Unless the status quo is preserved immediately, plaintiff faces continuing and irreparable harm that cannot be adequately remedied by money damages alone.

3. Plaintiff respectfully requests that the Court set plaintiff's Motion for Temporary Restraining Order for hearing at the earliest available opportunity and grant such further relief as the Court deems necessary to preserve the status quo pending that hearing.

In support of this motion, plaintiff relies upon and here incorporates by reference the attached memorandum.

A proposed Order is attached.

Respectfully submitted,

/s/ Ari S. Casper
Ari S. Casper (Bar # 14512)
Elimelech Baruch (Bar # 31855)
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
Telephone: (410) 989-5097
Facsimile: (410) 630-7776
Email: acasper@casperfirm.com
Email: ebaruch@casperfirm.com
*Proposed Special Counsel for Plaintiff*

AND

2

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

3

## RULE 65 CERTIFICATE OF NOTICE

I hereby certify that on July 20, 2026, a copy of the attached notice of the filing of this motion for a temporary restraining order was served on all defendants by the methods set forth therein.

/s/ Ari S. Casper
Ari S. Casper

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026 a copy of the foregoing document was served on the following defendants via the following methods:

1. Defendant YSA Investments 1, LLC
c/o Registered Agent
Northwest Registered Agent Service, Inc.
8 The Greene, Suite B,
Dover, Delaware 19901

2. Defendant Bocaire Tulsa Lender, LLC
Via first class mail to:
c/o Registered Agent
Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, Delaware 19904

3. Defendant Marc Kulick
Via first class mail to:
6911 South 66th East Avenue, Suite 100
Tulsa, Oklahoma 74133

4. Defendant Vesta Capital, LLC
Via first class mail to:
c/o Registered Agent Vesta Realty, LLC
5251 West 116th Place, Suite 200
Leawood, Kansas 66211

5. Defendant Vesta Realty, LLC
Via first class mail to:
6400 West 110th Street, Suite 201
Overland Park, Kansas 66211

/s/ Ari S. Casper
Ari S. Casper