**Ari S. Casper**
Managing Partner
acasper@casperfirm.com
www.casperfirm.com

 **THE CASPER FIRM**

400 E. Pratt Street, Suite 903
Baltimore, MD 21202
410.989.5097

1310 L Street, NW, Suite 800
Washington, DC 20005
202.759.9515

July 20, 2026

**Via First-Class Mail and Email**

1. <u>Defendant YSA Investments 1, LLC</u>
c/o Registered Agent
Northwest Registered Agent Service, Inc.
8 The Greene, Suite B,
Dover, Delaware 19901
jkrattiger@gablelaw.com
dlimekiller@gablelaw.com

4. <u>Defendant Vesta Capital, LLC</u>
Via first class mail to:
c/o Registered Agent Vesta Realty, LLC
5251 West 116th Place, Suite 200
Leawood, Kansas 66211
AShank@ellerdetrich.com
LWilliamson@ellerdetrich.com

2. <u>Defendant Bocaire Tulsa Lender, LLC</u>
Via first class mail to:
c/o Registered Agent
Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, Delaware 19904
scott.meacham@crowedunlevy.com

5. <u>Defendant Vesta Realty, LLC</u>
Via first class mail to:
6400 West 110th Street, Suite 201
Overland Park, Kansas 66211
AShank@ellerdetrich.com
LWilliamson@ellerdetrich.com

3. <u>Defendant Marc Kulick</u>
Via first class mail to:
6911 South 66th East Avenue, Suite 100
Tulsa, Oklahoma 74133
AShank@ellerdetrich.com
LWilliamson@ellerdetrich.com

Re:   *In re: Jenk's Best Living, LLC*: 26-17758-MMH
      *Jenk's Best Living, LLC v. Marc Kulick et al.*: Adv. Case No. 26-176-MMH

Please be advised that a Motion for a Temporary Restraining Order has been filed in the

above matter. An expedited hearing has been requested.

Very truly yours,

Ari S. Casper