IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Jenk's Best Living, LLC | ) | Adv. Case No. 26-176-MMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marc Kulick; Vesta Realty, LLC; Vesta | ) | |
| Capital, LLC; YSA Investments 1, LLC; | ) | |
| and Bocaire Tulsa Lender, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION TO EXPEDITE AND HOLD HEARING**

Come now Jenk's Best Living, LLC ("Jenk's" or the "Debtor"), by and through undersigned proposed counsel, pursuant to Local Rule 9013-6, and moves this Honorable Court to shorten the time to respond to—and hold an expedited hearing on—the Debtor's motion for a temporary restraining order and preliminary injunction (the "TRO") and, in support thereof, state as follows:

Debtor petitioned for chapter 11 relief in the hours before the TRO was filed, and Debtor reasonably seeks to have these matters heard on an expedited basis so these cases may progress

1

through their earliest days without incident or issue. And, as expressed in the underlying motion, there exists a cognizable exigency necessitating a prompt ruling, so as to enable the Debtor to operate in a prudent and responsible fashion.

Specifically, the Debtor asks this Honorable Court to set the TRO for hearing together with the hearing set for the First Day Motions on Wednesday, July 22, 2026 at 3:00 pm.

The Debtor further proposes that any opposition to the TRO be due at 9:00 am the day of the hearing and that the Debtor be directed to take reasonable steps to disseminate an order granting this motion and setting a hearing on the TRO, including e-mailing the same to such attorneys known to represent parties in interest.

Dated: July 20, 2026                                      Respectfully submitted,

/s/ Ari S. Casper
Ari S. Casper (Bar # 14512)
Elimelech Baruch (Bar # 31855)
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
Telephone: (410) 989-5097
Facsimile: (410) 630-7776
Email: acasper@casperfirm.com
*Proposed Special Counsel for Debtor*

AND

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Ari S. Casper
Ari S. Casper