Entered: July 20th, 2026
Signed: July 20th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Jenk's Best Living, LLC | ) | Adv. Case No. 26-176-MMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marc Kulick; Vesta Realty, LLC; Vesta | ) | |
| Capital, LLC; YSA Investments 1, LLC; | ) | |
| and Bocaire Tulsa Lender, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[ORDER GRANTING MOTION TO EXPEDITE AND HOLD HEARING**

Upon consideration of the motion to expedite and hold a hearing on debtor's motion for a temporary restraining order (the "Motion") filed by the debtors herein (the "Debtors"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that a hearing on the Debtors' motion for a temporary restraining order shall be held **on July 22, 2026, 3:00 p.m., ET,** in accordance with the hearing protocols entered separately on the docket; and it is further

ORDERED, that any opposition to the motion shall be filed not later than 9:00 am, prevailing eastern time, on the day of the hearing thereupon; and it is further

ORDERED, that the Debtors shall take reasonable care to disseminate this order to parties in interest, including via e-mail to any attorneys known to represent one or more parties in interest.

Copies: All Counsel of Record