# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **26–17758 – MMH**    Chapter: **11**    Adversary No.: **26–00176**

**Jenk's Best Living, LLC**
Debtor

**Jenk's Best Living, LLC**
Plaintiff

vs.

**Marc Kulick**

**Vesty Realty, LLC**

**Vesta Capital, LLC**

**YSA Investments 1, LLC**

**Bocaire Tulsa Lender, LLC**
Defendants

---

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant:**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Maurice Belmont VerStandig
> The VerStandig Law Firm, LLC
> 9812 Falls Road
> #114–160
> Potomac, MD 20854

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

8/20/26 at 02:00 PM by videoconference. Contact Hearings_MMH@mdb.uscourts.gov for Zoom hearing access information.

Dated: 7/21/26

July 21st, 2026
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal

Mark A. Neal, Clerk of Court
by Deputy Clerk, C Paige
410–962–0794

Form sumprtrl (rev. 08/13/24)



July 21st, 2026
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal