IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Jenk's Best Living, LLC | ) | Adv. Case No. 26-176-MMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marc Kulick; Vesta Realty, LLC; Vesta | ) | |
| Capital, LLC; YSA Investments 1, LLC; | ) | |
| and Bocaire Tulsa Lender, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFF'S EXHIBIT LIST**

Comes now Jenk's Best Living, LLC, by and through undersigned proposed counsel,
pursuant to this Honorable Court's evidentiary protocol, ECF No. 6, and offer the following exhibit
list for the July 22, 2026 hearing on a motion for a temporary restraining order:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| P01 | Declaration of Yaakov Spatz | | | |
| P02 | Declaration of Marc Kulick | | | |

1

| P03 | Deed in Lieu of Foreclosure | | | |
|-----|-----------------------------|---|---|---|
| P04 | Demand for Rents | | | |
| P05 | Demand | | | |
| P06 | Demand | | | |
| P07 | Operating Agreement | | | |
| n/a | Demonstrative Exhibit | | | |

Respectfully submitted,

Dated: July 21, 2026      By:     /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig, Esq.
                                              Bar No. 18071
                                              The VerStandig Law Firm, LLC
                                              9812 Falls Road
                                              #114-160
                                              Potomac, Maryland 20854
                                              (301) 444-4600
                                              mac@mbvesq.com
                                              *Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                              /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig

2