**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION**

| | |
|---|---|
| JENK'S BEST LIVING, LLC, | |
| Plaintiff, | |
| *v.* | **Case No. 26-17758-MMH** |
| | **Adv. Case No. 26-176-MMH** |
| MARC KULICK; | |
| VESTA REALTY, LLC; | |
| VESTA CAPITAL, LLC; | |
| YSA INVESTMENTS 1, LLC; and | |
| BOCAIRE TULSA LENDER, LLC, | |
| Defendants. | |

### DEFENDANT YSA INVESTMENTS 1, LLC'S EXHIBIT LIST

YSA Investments 1, LLC, by and through its undersigned counsel, hereby submits the below lists of exhibits for the hearings scheduled for July 22, 2026:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Y01 | Petition – Fairfax Investors, LLC (Case No. 26-11984) | | | |
| Y02 | Petition – Fairfax Best Living, LLC (Case No. 26- 11985) | | | |
| Y03 | Petition – Woodland Oaks Best Living, LLC (Case No. 26-11986) | | | |
| Y04 | Petition – Woodland Oaks Investors, LLC (Case No. 26-11987) | | | |
| Y05 | List of Equity Security Holders (Case No. 26-11984) | | | |
| Y06 | List of Equity Security Holders (Case No. 26-11985) | | | |

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Y07 | List of Equity Security Holders (Case No. 26-11986) | | | |
| Y08 | List of Equity Security Holders (Case No. 26-11987) | | | |
| Y09 | Post Trial Memorandum Opinion, Delaware Ct. of Chancery, C.A. No. 2025-1319-KSJM | | | |
| Y10 | Amended Agreed Order of Appointment Of A Receiver, Saperean Capital IV Tb Note Lender ICD4, LLC v. Woodland Oaks Best Living, LLC, No. CJ-2025-8499 (Okla. Cty. Dist. Ct. Feb. 4, 2026) | | | |
| Y11 | Verified Complaint, *Upperman v. Kulick*, No. 4:26-cv-00383 (N.D. Okla. Jun. 25, 2026) | | | |
| Y12 | Complaint, *Federal National Mortgage Association v. Kulick*, No. 5:26-cv-01400 (W.D. Okla. Jun. 12, 2026) | | | |
| Y13 | Agreement for Deed and Transfer in Lieu of Foreclosure | | | |
| Y14 | Special Warranty Deed | | | |
| Y15 | September 1, 2021 Mortgage | | | |
| Y16 | October 29, 2025 Mortgage | | | |
| Y17 | Kulick Feb. 5, 2026 Deposition Transcript | | | |
| Y18 | Kulick Dec. 30, 2025 Deposition Transcript | | | |
| Y19 | Cal Day*, Jenks Declares Nuisance at Two Vesta Realty Apartment Complexes Over Trash Pickup*, Newson6.com (July 9, 2026) | | | |
| Y20 | Jake Ramsey, *When Landlords Don't Pay the Bills, It's the Tenants Who Struggle*, KGOU (July 13, 2026) | | | |

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Y21 | March 5, 2026 Hearing Transcript | | | |
| Y22 | Jenks Best Living Membership Interest Certificate | | | |
| Y23 | February 18, 2025 CPSA | | | |
| Y24 | February 18, 2025 Guaranty | | | |
| Y25 | April 9, 2025 CPSA | | | |
| Y26 | April 9, 2025 Guaranty | | | |
| Y27 | July 16, 2025 CPSA | | | |
| Y28 | July 16, 2025 Guaranty | | | |
| Y29 | July 31, 2025 CPSA | | | |
| Y30 | July 31, 2025 Guaranty | | | |

Dated: July 22, 2026
Baltimore, MD

/s/ Justin Fasano
Justin Fasano (Bar No. 28659)
McNamee Hosea, P.A.
6404 Ivy Ln Ste 820,
Greenbelt, MD 20770
Telephone: + 1 (301) 441-2420
jfasano@mhlawyers.com

Tara M. Lee (Bar No. 17902)
Scott Lerner (Bar No. 13327)
Dechert LLP
1900 K Street NW
Washington, D.C. 20006
Telephone: + 1 (202) 261-3300
tara.lee@dechert.com
scott.lerner@ dechert.com

Marcus Helt (*pro hac vice forthcoming*)
Debbie Green (*pro hac vice forthcoming*)
Dechert LLP
2651 N Harwood St,
Dallas, TX 75201
Telephone: + 1 (214) 453-4900
marcus.helt@dechert.com
debbie.green@dechert.com

*Attorneys for Defendant YSA Investments 1, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 22, 2026, a copy of the foregoing was served by CM/ECF to all

parties receiving notice thereby, including:

Ari Scott Casper
Email: acasper@casperfirm.com
*Attorney for Jenk's Best Living, LLC*

Maurice Belmont VerStandig
Email: mac@mbvesq.com
*Attorney for Jenk's Best Living, LLC*

Dated: July 22, 2026                           /s/ Justin Fasano_____
Baltimore, MD                                  Justin Fasano (Bar No. 28659)
                                               McNamee Hosea, P.A.
                                               6404 Ivy Ln Ste 820,
                                               Greenbelt, MD 20770
                                               Telephone: + 1 (301) 441-2420
                                               jfasano@mhlawyers.com