## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

IN RE:                                                    CHAPTER **11**
**Fairfax Investors, LLC**

DEBTOR(S)                                                 CASE NO   **26-11984**

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

Vesta Fairfax, LLC - 100% ownership

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____Authorized Representative_____ of the _____Limited Liability Corporation_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 06/26/2026

Signature: _____

Marc L. Kulick
Authorized Agent of Vesta Capital, LLC, the
Manager of Briarwood's Best Living, LLC,
the Manager of Vesta Fairfax, LLC, the
Manager of the Debtor