# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

IN RE:                                              CHAPTER **11**
**Woodland Oaks Best Living, LLC**

DEBTOR(S)                                           CASE NO  **26-11986**

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

W.O. Sole Member, LLC - 100% ownership

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____Authorized Representative_____ of the _____Limited Liability Corporation_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 06/26/2026                    Signature: _____

Marc L. Kulick
Authorized Agent of Vesta Caspital, LLC, the
Manager of Creek's Best Living, LLC, the
Manager of W.O. Sole Member, LLC, the
Manager of the Debtor