# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
### OKLAHOMA CITY DIVISION

IN RE:                                          CHAPTER **11**
**Woodland Oaks Investors, LLC**

DEBTOR(S)                                       CASE NO   **26-11987**

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| W.O. Holding Co., LLC - 100% ownership | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____Authorized Representative_____ of the _____Limited Liability Corporation_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/26/2026**                Signature: _____

Marc L. Kulick
Manager of Louis Investments, LLC, the
Manager of W.O. Holding Company, LLC,
the Manager of the Debtor