**NEWS**

# Jenks declares nuisance at two Vesta Realty apartment complexes over trash buildup

The City of Jenks declared a nuisance at two Vesta Realty apartment complexes, 727 Lofts and Thrive Apartments, after the sudden removal of dumpsters led to trash piling up around the properties.

**CAL DAY**

JULY 9, 2026 06:43 PM  •  3 MIN READ

    



## Jenks declares nuisance at two Vesta Realty apartment complexes over trash buildup

JENKS, Okla. - The City of Jenks has declared a nuisance at two apartment complexes owned by Vesta Realty after dumpsters were removed, causing trash to pile up around the properties.

City code enforcement officials say the overflowing garbage creates significant health concerns, including attracting pests and insects.

A resident who asked not to be identified said the situation has been frustrating because tenants received no notice before the dumpsters were removed. A resident at 727 Lofts shared a photo taken on July 6 showing bags of trash stacked outside the building.

According to the City of Jenks, the trash accumulated three days after dumpsters were removed from both 727 Lofts and Thrive Apartments.

An attorney representing Vesta Realty told city code enforcement officials the issue stemmed from an unexpected change with the company's waste collection service.

"The waste management vendor that my client did have suddenly dropped them, and that's what has caused this issue with the dumpsters," attorney Kaylee Lewis said.

In response, the City of Jenks brought in temporary dumpsters at both apartment complexes so residents would have a place to dispose of their trash.

"It brings in vermin, it brings in flies, bugs, and we just wanted to make sure that got taken care of," Assistant Jenks Police Chief Melissa Brown said.

Brown said the city should not have had to step in.

"It's two huge apartment complexes, and these people have been living here for years. They should be taking care of their business, and if they knew the trash was going to get taken and they wouldn't have anywhere to put it, they should've had something replaced before," Brown said.

The apartment complexes later added red dumpsters in parking spaces between the two properties. However, city officials said those dumpsters also violated city code because they were improperly placed and did not have lids.

The city ordered those dumpsters removed within 24 hours.

Jenks officials say the city will continue providing dumpsters for residents in the meantime and will bill Vesta Realty for the cost.

"We're doing everything we can, and I think it sounds like Vesta is trying to work with us, too, to make sure they're getting everything taken care of," Brown said.

## Vesta Realty responds

In a statement, Vesta Realty said it is working with city officials to resolve the waste management issues.

"The ownership and management of the 727 and Thrive apartment communities in Jenks are actively working in coordination with City officials to address ongoing waste management concerns, including the placement and servicing of dumpsters and related issues identified by the City of Jenks," the company said.

Vesta also said the properties are involved in ongoing litigation with a lender over ownership and control, which it says has created "unforeseen complications" affecting its ability to quickly implement corrective measures.

The company said it continues to take "all reasonable and lawful steps" to address the issues and thanked the City of Jenks for its cooperation.

## Ongoing issues at other Vesta properties

The Jenks nuisance declaration comes as Vesta Realty and its owner continue to face challenges at other properties across Oklahoma.

Vesta owns more than two dozen apartment communities statewide. Over the past year, Oklahoma County judges have placed three of the company's properties into receivership.

In Tulsa, residents at several Vesta-owned apartment complexes have also reported ongoing trash accumulation. The City of Tulsa has previously confirmed it issued water

shutoff notices to some Vesta properties for unpaid utility bills.

Vesta owner Marc Kulick is also facing a federal racketeering lawsuit filed by a former business partner, who alleges money intended for capital investments was misappropriated. Kulick has denied the allegations, and the claims remain pending in court.

    



## CAL DAY

Cal Day is an Emmy-award-winning reporter who covers breaking news, local education, crime and community development. Cal joined News On 6 in 2020.

## MORE LIKE THIS

**NEWS**

### Drone delivery town hall draws crowds, questions about Manna's plans for Tulsa

4 HOURS AGO  •  2 MIN READ



**NEWS**

### Aerospace company plans Tulsa factory at airport, 100 jobs in first phase

4 HOURS AGO  •  1 MIN READ



**NEWS**

### 'There's no fear': Stigler woman paralyzed overseas, community raises funds to bring her home





🖥 • 4:30A     ⛅ 82°   📍 TULSA, OK     🔍

5 HOURS AGO  •  8 MIN READ



## CRIME

### Body camera video shows arrests of anti-Trump protesters accused of assault in Sand Springs

7 HOURS AGO  •  1 MIN READ



## Trending



**After 60, Leg Strength Comes From One Simple Daily Move**

ApexLabs



**Sciatica is Not From a Slipped Disc. Meet The Real Enemy of Sciatica (Stop This)**

SmoothSpine



**Endocrinologist: If You Have Diabetes, Read This Before It's Removed!**

Health Weekly



**She Was The 80s' Most Stunning Star**

Suburban Finance

## RELATED STORIES

### Around the Web

REVCONTENT





## Doctor Begs Seniors: Do This to Stop Losing Muscle

ApexLabs

## The Real Reason Your Sciatica Won't Go Away (And How to Fix It)

SmoothSpine

## Endocrinologist: If You Have Diabetes, Read This Before It's Removed!

Health Weekly

Case 26-00176   Doc 12-17   Filed 07/22/26   Page 7 of 9

## Caitlin Clark Steps out With Her New Partner and Stuns Fans

Rank Upwards

## Greta Thunberg's House Shocks The Whole World, The Proof in Pics

NoBrandName

## Remember Her? Try Not to Choke When You See Her Now

gowdr

## 1 Simple Hack to Save on Your Electric Bill (Try Tonight)

MadeInGenius

**| Marketplace**  Sell Your Items - Free to List                     Visit Full Marketplace







**Canon Gx7 mark III**                                                        **2002 Volkswagen Sand Rail**

**$889**

JESSICA S. | sellwild.com



**Micheal Hill Diamond Tennis Bracelet - her loss your gain**

**$999**

ANGELO D. | sellwild.com

**$27,000**

GATEWAY C. | sellwild.com

**1970 Jaguar E-Type**

**$46,000**

GATEWAY C. | sellwild.com

Powered by  Sellwild



NewsOn6.com is proud to provide Oklahomans with timely and relevant news and information, sharing the stories, pictures and loves of Oklahomans across our great state.

   

**OUR PRODUCTS**

**CONTACT US**

**CAREERS**

**HISTORICAL VIDEO REQUEST**

Keep up-to-date with everything that happens in your world.
We promise to never spam you. You can opt-out at any time. Please refer to our Privacy Policy for additional information.

© 2026 Griffin Media.

Privacy Policy, Terms of Service, Editorial Ethics Policy, Legal Notices, EEO Report, Ad Choices, Public Inspection File
Contact, KOTV Public Inspection File, KQCW Public Inspection File, KOTV-AM Public Inspection File, Closed Captioning
Assistance, FCC Applications, VPAT (Voluntary Product Accessibility Template)

