## MEMBERSHIP INTEREST CERTIFICATE

Certificate Number: 1 Number of Membership Units: 100

Jenks Best Living, LLC

a Kansas Limited Liability Company

This Certifies that YSA Investments 1, LLC, a Delaware limited liability company

is the owner of one hundred Membership Units  out of one hundred total existing Membership Units of Jenks Best Living, LLC, a Kansas Limited Liability Company

(the "Company"), transferable only on the books of the Company by the holder hereof in person or by duly authorized attorney upon surrender of this Certificate properly endorsed.

The membership interests represented by this Certificate are subject to all of the terms, conditions, and restrictions set forth in the Operating Agreement of the Company, as may be restated, modified or amended from time to time, which Operating Agreement is on file at the principal office of the Company and incorporated herein by reference.

IN WITNESS WHEREOF, the Company has caused this Certificate to be signed by its duly authorized representative this  28th day of January, 2026.

Aharon Diveroli, Authorized Representative of YSA Investments, 1, LLC,
Attorney in Fact, on behalf of, Marc
Kulick, Vesta Holdings, LLC, an Oklahoma limited
liability company and the Company

Date: _____ 01\30\2026_____

State of ___Florida_____ County of ___Miami-Dade_____
The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐
online notarization, this __30th__ day of ___January___, 2026, by
___Aharon Diveroli_____ [Name(s) of person(s) signing]
___Florida GENE Ruotolo_____ Notary Public – State of FLORIDA

_____ My Commission Expires: _10/17/2028_ [Seal]

Gene Ruotolo
Comm.: HH 604125
Expires: Oct. 17, 2028
Notary Public - State of Florida

Transfer Agent and Registrar: Jenks Best Living, LLC

Principal Office: 11301 Nall Ste. 210, Leawood, KS 66211

My Commission Expires: _10/17/2028_ [Seal]