IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**JENK'S BEST LIVING, LLC**<br><br>Debtor. | Case No: 26-17758-MMH<br><br>Chapter 11 |
| **JENK'S BEST LIVING, LLC**<br><br>v.<br><br>**MARC KULICK,** *et al.* | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region 4, for all purposes in connection with this case.  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, and other documents filed or served in this adversary proceeding.

Respectfully Submitted,

Dated: July 23, 2026

/s/  *Hugh M. Bernstein*
Hugh M. Bernstein
(Fed. Bar No.: 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

Attorney for the United States Trustee

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 23, 2026 a copy of the foregoing Notice was

mailed first-class, postage prepaid to:

> Bocaire Tulsa Lender, LLC
> 4092 Bocaire Boulevard
> Boca Raton, FL 33487.

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic
notice of this motion should be provided to the following persons:

- **Ari Scott Casper**    acasper@casperfirm.com
- **Justin Philip Fasano**    jfasano@mhlawyers.com,
  jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Maurice Belmont VerStandig**    mac@mbvesq.com,
  lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


> /s/ *Hugh M. Bernstein*
> Hugh M. Bernstein