Entered: July 24th, 2026
Signed: July 23rd, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| In re: | ) |
| | ) |
| **JENK'S BEST LIVING, LLC,** | ) **Case No. 26-17758-MMH** |
| | ) **Chapter 11** |
| **Debtor.** | ) |
| | ) |
| | ) |
| | ) **Adv. Proc. No. 26-00176-MMH** |
| **JENK'S BEST LIVING, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **Vs.** | ) |
| | ) |
| **MARC KULICK, et al.,** | ) |
| | ) |
| **Defendants** | ) |

### ORDER GRANTING ORAL MOTION TO SEAL

Upon consideration of the oral motion to seal filed by YSA Investments 1, LLC ("YSA"),

and good cause being shown, it is, for the reasons stated on the record on July 22, 2026,

ORDERED, that Exhibits Y017 and Y018 filed by YSA on July 22, 2026 (the "Exhibits") [Docket No. 13] shall, pursuant to 11 U.S.C. § 107(b), shall be kept under seal until further order of the Court; and it is further

ORDERED, that YSA shall provide a copy of the Exhibits to the Office of the United States Trustee; and it is further

ORDERED, that parties in interest shall have fourteen days to object to this Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF**