Entered: July 24th, 2026
Signed: July 24th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Jenk's Best Living, LLC, | * | Case No. 26-17758-MMH |
| | * | |
| Debtor. | * | |
| | * | |
| *    *    *    *    *    * | * | |
| Jenk's Best Living, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. Pro. No. 26-00176-MMH |
| | * | |
| Marc Kulick, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    *    *    *    *    *    *    *    *    *    *    * |

### ORDER SETTING SCHEDULE AND FURTHER HEARING ON
### MOTION FOR TEMPORARY RESTRAINING ORDER

This matter is before the Court on the Motion for Temporary Restraining Order, Preliminary Injunction, and for Expedited Hearing (the "Motion"), filed by Jenk's Best Living, LLC (the "Plaintiff") in this adversary proceeding against Marc Kulick, certain of his investment entities, YSA Investments 1, LLC ("YSA"), and Bocaire Tulsa Lender, LLC. ECF 2. The Court held an emergency hearing on the Motion and all related papers on July 22, 2026 (the "Hearing"), and entered a Preliminary Order on the Motion on July 24, 2026 (the "Preliminary Order"). ECF 4, 21.

As indicated at the Hearing, the Court finds value for all parties to an expedited resolution of at least certain claims and causes of action asserted in this adversary proceeding. To that end, the Court is setting this expedited briefing, discovery, and hearing schedule on the merits of claims and causes of action asserted by the Plaintiff against Defendant YSA, as identified in the Motion and the relevant counts of the Complaint (collectively, the "Claims").

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a further evidentiary hearing on the Claims **on October 13, 2026, at 9:00 a.m., ET, and continued (to the extent necessary) on October 16, 2026, at 9:00 a.m., ET** (collectively, the "Evidentiary Hearing"); and it is further

**ORDERED**, that the Court will conduct the Evidentiary Hearing on a hybrid platform, provided that any witness planning to testify at the Evidentiary Hearing shall appear in person in courtroom 9-C in Baltimore unless a motion meeting the standards of Federal Rule of Civil Procedure 43, made applicable to this matter by Federal Rule of Bankruptcy Procedure 9017, is filed and granted by the Court in advance of the Hearing; and it is further

**ORDERED**, that the Court will by separate entry issue protocols to govern the Evidentiary Hearing; and it is further

**ORDERED**, that the Plaintiff and Defendant YSA may conduct reasonable and necessary discovery solely relating to the Claims in accordance with the applicable law and rules, provided that any discovery request allow **at least 5 days** for a response and that all discovery is completed **on or before September 25, 2026**; and it is further

**ORDERED**, that any party in interest may file a supplemental legal brief in support of their position on the Claims **on or before October 2, 2026**; and it is further

**ORDERED**, that any witness/exhibit lists and exhibits relating to matters set for the Evidentiary Hearing must be filed with the Court and served on all parties in interest **on or**

**before October 2, 2026**; and it is further

ORDERED, that any objection to an identified witness or exhibit must be filed with the Court and served on all parties in interest **on or before October 7, 2026**; any exhibit not subject to a timely objection may stand as admitted into evidence at the Evidentiary Hearing; and it is further

ORDERED, that any additional responsive brief by a party in interest must be filed with the Court and served on all parties in interest **on or before October 9, 2026**; and it is further

ORDERED, that the Court and the parties will address whether to convert the Evidentiary Hearing to a final evidentiary trial on the Claims and/or whether to include other claims and Defendants in the expedited briefing and hearing/trial schedule at the pre-trial conference set in this proceeding **on August 20, 2026, at 2:00 p.m., ET, by videoconference**.[1]

cc:     All parties
        All counsel

**END OF ORDER**

---

[1] To the extent the parties to this proceeding reach a consensual resolution of the scheduling issues identified in this decretal paragraph, the parties may submit a proposed scheduling or consent Order, which the Court may consider in advance of or at the pre-trial conference.