**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| Jenk's Best Living, LLC, | * | Case No. 26-17758-MMH |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Jenk's Best Living, LLC, | * | Adv. Pro. No. 26-00176-MMH |
| Plaintiff, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Marc Kulick, et al, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DIAL IN INFORMATION FOR SEPEMBER 24, 2026, STATUS HEARING**

      **PLEASE TAKE NOTICE** that the information below is for the following hearing date:

September 24, 2026, at 11:00 a.m., ET

Dial-in information is provided below for the audio listen-only line for all other participants.\*

      **Telephone connection dial**:  646-828-7666
      **Meeting ID:** 161 489 2191

\*Pursuant to Local Bankruptcy Rule 5070-1(a), *no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner*. The Court will create an official recording of the Hearing.

cc:    All parties