**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| Jenk's Best Living, LLC, | * | Case No. 26-17758-MMH |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Jenk's Best Living, LLC, | * | Adv. Pro. No. 26-00176-MMH |
| Plaintiff, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Marc Kulick, et al, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DIAL IN INFORMATION FOR OCTOBER 13, 2026, HEARING(S)

**PLEASE TAKE NOTICE** that the information below is for the following hearing date(s):

October 13, 2026, at 9:00 a.m., ET, and (to the extent necessary) on October 16, 2026, at 9:00 a.m., E

Dial-in information is provided below for the audio listen-only line for all other participants.*

**Telephone connection dial**:  646-828-7666
**Meeting ID:** 160 003 2157

*Pursuant to Local Bankruptcy Rule 5070-1(a), *no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner*. The Court will create an official recording of the Hearing.

cc:      All parties

2