UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:  Jenk's Best Living, LLC | CASE NO: 26-17758 |
| | ADVERSARY CASE NO: 26-00176 |
| Jenk's Best Living, LLC, | |
| v. | **CERTIFICATE OF SERVICE** |
| Marc Kulick, et al. | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 1 |

On 7/24/2026, I did cause a copy of the following documents, described below,

Complaint ECF Docket Reference No. 1

Summons 8

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/24/2026

/s/ Maurice VerStandig
Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD  20854
301 444 4600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:  Jenk's Best Living, LLC

Jenk's Best Living, LLC,

v.

Marc Kulick, et al.

CASE NO: 26-17758

ADVERSARY CASE NO: 26-00176

**CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 1

On 7/24/2026, a copy of the following documents, described below,
Complaint ECF Docket Reference No. 1

Summons 8

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/24/2026

*Victoria Blake*

/s/ Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD  20854

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

MARC KULICK
4920 E 113TH ST
TULSA OK 74137

FIRST CLASS

VESTA REALTY, LLC
5251 W. 116TH PLACE
SUITE 200
LEAWOOD KS 66211

FIRST CLASS

VESTA CAPITAL, LLC
5251 W. 116TH PLACE
SUITE 200
LEAWOOD KS 66211

FIRST CLASS

YSA INVESTMENTS 1, LLC
C/O NORTHWEST REGISTERED AGENT SERVICE, INC.
8 THE GREEN, SUITE B
DOVER DE 19901

FIRST CLASS

BOCAIRE TULSA LENDER, LLC
C/O COGENCY GLOBAL INC.
850 NEW BURTON ROAD, SUITE 201
DOVER DE 19904