United States Bankruptcy Court

District of Maryland

Jenk's Best Living, LLC,

    Plaintiff

Adv. Proc. No. 26-00176-MMH

Kulick,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Bocaire Tulsa Lender, LLC, 4092 Bocaire Boulevard, Boca Raton, FL 33487-1146 |
| pla | + | Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748 |
| dft | + | YSA Investments 1, LLC, 8 The Green #23817, Dover, DE 19901-3618 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Marc Kulick |
| dft | | Vesta Capital, LLC |
| dft | | Vesta Realty, LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ari Scott Casper | |
| | acasper@casperfirm.com |
| Hugh M. (UST) Bernstein | |
| | hugh.m.bernstein@usdoj.gov |
| Justin Philip Fasano | |

District/off: 0416-1                          User: admin                                      Page 2 of 2
Date Rcvd: Jul 24, 2026                       Form ID: pdfparty                            Total Noticed: 3

                        jfasano@mhlawyers.com
                        jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
                        @notify.bestcase.com

Maurice Belmont VerStandig
                        mac@mbvesq.com
                        lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                        ndiglaw@recap.email

US Trustee - Baltimore
                        USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| Jenk's Best Living, LLC, | * | Case No. 26-17758-MMH |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Jenk's Best Living, LLC, | * | Adv. Pro. No. 26-00176-MMH |
| Plaintiff, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Marc Kulick, et al, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PROTOCOL AND REGISTRATION FOR VIRTUAL ATTENDANCE FOR**
**SEPTEMBER 24, 2026, STATUS HEARING**

Each party in this proceeding who is participating in the virtual hearing must register by emailing the individual's name, affiliation, and the case number to the Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov. **Registration must be completed by September 23, 2026.** Each individual who registers for the virtual hearing will receive connection information prior to the start time of the hearing.

Each individual must connect to the hearing according to the instructions contained in the email received from the Courtroom Deputy.

Participants should email the Court at Hearings_MMH@mdb.uscourts.gov or call the Court at 410-962-2820 if they experience any technical issues during the hearing, including if they are disconnected or cannot enter the hearing.

*All participants are asked to place their lines on mute upon connecting and to remain on mute during the pendency of the hearing.*

\*Pursuant to Local Bankruptcy Rule 5070-1(a), *no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner*. The Court will create an official recording of the Hearing.

2