United States Bankruptcy Court

District of Maryland

Jenk's Best Living, LLC,

     Plaintiff

Adv. Proc. No. 26-00176-MMH

Kulick,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Bocaire Tulsa Lender, LLC, 4092 Bocaire Boulevard, Boca Raton, FL 33487-1146 |
| pla | + | Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748 |
| dft | + | YSA Investments 1, LLC, 8 The Green #23817, Dover, DE 19901-3618 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ari Scott Casper | acasper@casperfirm.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta |

District/off: 0416-1                           User: admin                                    Page 2 of 2
Date Rcvd: Jul 24, 2026                        Form ID: pdfparty                              Total Noticed: 3

ndiglaw@recap.email

US Trustee - Baltimore
                          USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re:                                                    *

Jenk's Best Living, LLC,                  *        Case No. 26-17758-MMH

                    Debtor.                     *        Chapter 11

*     *     *     *     *     *     *     *     *     *     *     *     *

Jenk's Best Living, LLC,                  *        Adv. Pro. No. 26-00176-MMH

            Plaintiff,                           *

*     *     *     *     *     *     *     *     *     *     *     *     *

Marc Kulick, et al,                          *

            Defendants.                    *

*     *     *     *     *     *     *     *     *     *     *     *     *

### <u>NOTICE OF DIAL IN INFORMATION FOR OCTOBER 13, 2026, HEARING(S)</u>

     **PLEASE TAKE NOTICE** that the information below is for the following hearing date(s):

> October 13, 2026, at 9:00 a.m., ET, and (to the extent necessary) on
> October 16, 2026, at 9:00 a.m., E

Dial-in information is provided below for the audio listen-only line for all other participants.*

     **Telephone connection dial**:  646-828-7666
     **Meeting ID:** 160 003 2157

*Pursuant to Local Bankruptcy Rule 5070-1(a), ***no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner***. The Court will create an official recording of the Hearing.

cc:    All parties