**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| **PSC Thrive, LLC** | ) | **Case No. 26-17757-MMH** |
|     **Debtor.** | ) | **Hon. Michelle M. Harner** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **In re:** | ) | **Chapter 11 Proceeding** |
| **Jenk's Best Living, LLC** | ) | **Case No. 26-17758-MMH** |
|     **Debtor.** | ) | **Hon. Michelle M. Harner** |
| | ) | |
| | ) | |
| **Jenk's Best Living, LLC** | ) | |
|     **Plaintiff,** | ) | |
|     **v.** | ) | **Adv. Case No. 26-176-MMH** |
| **Marc Kulick; Vesta Realty, LLC; Vesta** | ) | **Hon. Michelle M. Harner** |
| **Capital, LLC; YSA Investments 1, LLC;** | ) | |
| **and Bocaire Tulsa Lender, LLC** | ) | |
|     **Defendants.** | ) | |

## NOTICE OF APPEARANCE FOR BOCAIRE TULSA LENDER, LLC

Please note the appearance of Thomas J. Gagliardo, Esq., as representative for Defendant in the above-captioned matters. Please enter his appearance as an e-filer in this matter through the address tgagliardo@gelawyer.com. In addition, other attorneys and staff at Gilbert Employment Law, P.C., may also provide legal services to the Defendant during the course of this litigation as needed.

Respectfully Submitted,

Thomas J. Gagliardo, Esq.
Of Counsel
Defendant's Representative
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880; Fax: (301) 608-0881
Email: tgagliardo@gelawyer.com

**CERTIFICATE OF SERVICES**

I hereby certify that a true and correct copy of the forgoing Notice of Appearance was serviced via PACER unless otherwise indicated below, this 27th day of July 2026, addressed to the following:

Hon. Michelle M. Harner

Debtor Representative:
Maurice Belmont VerStandig
mac@mbvesq.com

Trustee Representative:
Hugh M. Bernstein
hugh.m.bernstein@usdoj.gov

/s/ Noah Wolf
Noah Wolf
Paralegal
Gilbert Employment Law, P.C.
8403 Colesville Rd., Ste. 1000
Silver Spring, MD 20910
T: 301-608-0880
F: 301-608-0881
Email: nwolf@gelawyer.com
