**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| **PSC Thrive, LLC** | ) | **Case No. 26-17757-MMH** |
| **Debtor.** | ) | **Hon. Michelle M. Harner** |
| | ) | |
| | ) | |
| **In re:** | ) | **Chapter 11 Proceeding** |
| **Jenk's Best Living, LLC** | ) | **Case No. 26-17758-MMH** |
| **Debtor.** | ) | **Hon. Michelle M. Harner** |
| | ) | |
| **Jenk's Best Living, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adv. Case No. 26-176-MMH** |
| **v.** | ) | **Hon. Michelle M. Harner** |
| | ) | |
| **Marc Kulick; Vesta Realty, LLC; Vesta Capital, LLC; YSA Investments 1, LLC; and Bocaire Tulsa Lender, LLC** | ) ) ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

This is to confirm Gregory J. Jordan's appearance as counsel for Bocaire Tulsa Lender, LLC. He was admitted *pro hac vice* by an oral motion granted at the July 22, 2026, hearing in this matter. Please enter the appearance of Gregory J. Jordan as an e-filer in this matter through the address gjordan@gz-llc.com.

Respectfully Submitted,

/s/ Gregory J. Jordan
    Gregory J. Jordan
    Attorney for Bocaire Tulsa Lender, LLC
    Jordan & Zito LLC
    350 North LaSalle Street, Suite 700
    Chicago Illinois 60654

    (312) 854-7181 (Office)

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the forgoing Notice of Appearance was serviced via PACER, unless otherwise indicated below, this 28th day of July 2026, addressed to the following:

Plaintiff's Representatives:
Ari Casper
acasper@casperfirm.com

Christianna Cathcart
christianna@dcbankruptcy.com

Maurice VerStandig
mac@mbverq.com

Defendant's Representatives:
Justin Fasano
jfasano@mhlawyers.com

Trustee Representative:
Hugh M. Bernstein
hugh.m.bernstein@usdoj.gov

/s/ Noah Wolf
Noah Wolf