IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 26-17758-MMH (Chapter 11) |
| Jenk's Best Living, LLC | ) ) | |
| Debtor. | ) ) ) | |
| In re: | ) ) | Case No. 26-17757-MMH (Chapter 11) |
| PSC Thrive, LLC | ) ) ) | *Jointly Administered* |
| Debtor. | ) ) ) | |
| Jenk's Best Living, LLC | ) ) | Adv. Case No. 26-176-MMH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| Mark Kulick, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## SUGGESTION OF BANKRUPTCY

Comes now Jenk's Best Living, LLC, by and through undersigned proposed counsel, and respectfully suggests that on July 28, 2026, YSA Investments 1, LLC ("YSA")—a defendant herein—petitioned for chapter 11 relief in the United States Bankruptcy Court for the District of Delaware, thereby commencing case number 26-11178-BLS before the Honorable Brendan Linehan Shannon.

YSA's election to seek bankruptcy relief appears to be in violation of the injunction entered by this Honorable Court, *see* ECF No. 21 at p. 8, and Jenk's Best Living, LLC is actively assessing the implications, *vel non*, of the filing.

1

Respectfully submitted,

Dated: July 28, 2026

By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2