**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** | |
| | **Case No. 26-17758-MMH** |
| **JENK'S BEST LIVING, LLC,** | **Chapter 11** |
| | |
| **Debtor.** | |
| | |
| | **Adv. Proc. No. 26-00176-MMH** |
| **JENK'S BEST LIVING, LLC,** | |
| | |
| **Plaintiff,** | |
| | |
| **Vs.** | |
| | |
| **MARC KULICK, et al.,** | |
| | |
| **Defendants** | |

## SUGGESTION OF STAY

Please take notice that on July 28, 2026, YSA Investments 1, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, commencing case no. 26-11178-BLS.  Pursuant to §362 of the Bankruptcy Code, all legal proceedings against me are automatically stayed.

Dated:  July 29, 2026          Respectfully submitted,

/s/ *Justin P. Fasea*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (Bar No. 28659)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for YSA Investments 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, a copy of the foregoing Suggestion of Stay was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, including those parties listed below.

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Ari Scott Casper acasper@casperfirm.com

Christianna Annette Cathcart christianna@dcbankruptcy.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

/s/ *Justin P. Fasano*
Counsel