**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:** ) ) ) ) **JENK'S BEST LIVING, LLC,** ) ) **Debtor.** ) ) | **Case No. 26-17758-MMH** **Chapter 11** |
| ) ) ) **JENK'S BEST LIVING, LLC,** ) ) **Plaintiff,** ) ) **Vs.** ) ) **MARC KULICK, et al.,** ) ) **Defendants** ) ) | **Adv. Proc. No. 26-00176-MMH** |

**REPORT OF YSA INVESTMENTS 1, LLC IN ACCORDANCE WITH**
**PRELIMINARY ORDER ADDRESSING MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

In accordance with this Court's *Preliminary Order Addressing Motion*

*For Temporary Restraining Order*, YSA Investments 1, LLC files this accounting of all proceeds

or value derived from or related to the property located at 204 S. Riverfront Drive, Jenks, OK

74037 ("Property") and a summary of the conditions of the Property.

1.      YSA has yet to receive any rents or proceeds from the property.

2.      YSA has paid $2,160 in expenses related to the Property, as summarized on

**Exhibit 1.**

3.      A description of the conditions at the Property is attached as **Exhibit 2.**

Dated:  July 30, 2026                    Respectfully submitted,

                                          /s/ *Justin P. Fasano*
                                          McNamee Hosea, P.A.
                                          Justin P. Fasano, Esquire (Bar No. 28659)
                                          6404 Ivy Lane, Suite 820
                                          Greenbelt, MD 20770
                                          Phone: 301-441-2420
                                          jfasano@mhlawyers.com
                                          *Counsel for YSA Investments 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, including those parties listed below.

Elimelech Baruch ebaruch@casperfirm.com
Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Ari Scott Casper acasper@casperfirm.com
Christianna Annette Cathcart christianna@dcbankruptcy.com
Thomas J Gagliardo tgagliardo@gelawyer.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

                                          /s/ *Justin P. Fasano*
                                          Counsel

2