# General Ledger

Property: Thrive Jenks
*Detail 07/20/26 - 07/30/26  (cash basis)*

| Date | Type | Reference | Description | Debit | Credit | Balance |
|------|------|-----------|-------------|------:|-------:|--------:|
| 10202 THRIVE OPERATING | (Bank) | | | | | 0.00 |
| 07/30/26 | BNKDEP | D24321 | ePay Provider Deposit: THRIVE OPERATING | 300.00 | | 300.00 |
| **10202 THRIVE OPERATING** | | **Beg Bal: 0.00** | **Activity: 300.00** | **300.00** | **0.00** | **300.00** |
| | | | | | | |
| 20002 ACCOUNTS PAYABLE | (Accounts Payable) | | | | | 0.00 |
| 07/30/26 | JOURNL | J10712 | REIMB. CAPITAL - OVERNIGHT FIRE-WATCH 7/20&7/21 | | 2,160.00 | 2,160.00 |
| **20002 ACCOUNTS PAYABLE** | | **Beg Bal: 0.00** | **Activity: 2,160.00** | **0.00** | **2,160.00** | **2,160.00** |
| | | | | | | |
| 20001 SECURITY DEPOSITS DUE TENANTS | (Other Current Liability) | | | | | 0.00 |
| 07/28/26 | CHPAID | Web Pay CHK | April Nichole Garcia    2-107         Alloc to 'SECDEP' Ch date: 7/27/2026  Pa | | 300.00 | 300.00 |
| **20001 SECURITY DEPOSITS DUE TEN** | | **Beg Bal: 0.00** | **Activity: 300.00** | **0.00** | **300.00** | **300.00** |
| | | | | | | |
| 58226 OTHER | (Non Operating Expense) | | | | | 0.00 |
| 07/30/26 | JOURNL | J10712 | REIMB. CAPITAL - OVERNIGHT FIRE-WATCH 7/20&7/21 | 2,160.00 | | 2,160.00 |
| **58226 OTHER** | | **Beg Bal: 0.00** | **Activity: 2,160.00** | **2,160.00** | **0.00** | **2,160.00** |
| | | | **Totals:** | **2,460.00** | **2,460.00** | |

Exhibit 1