

**Thrive Property Transition – Initial Findings and Immediate Actions**

Upon assuming management of Thrive, a fire watch was in place due to the property's fire alarm panel being inoperable. We immediately obtained a proposal for the necessary repairs and submitted it for approval. Additionally, we onboarded a new fire watch provider after the previous vendor declined to continue services because of outstanding unpaid invoices.

During the first day of management, at least four residents reported that their air conditioning systems were not functioning. All reported issues were addressed and repaired promptly. One resident advised that they had been using a window air conditioning unit since October. During our inspection of the apartment, we observed that the prolonged use of the window unit had caused damage to the sheetrock and trim surrounding the window opening. The damage has been documented for further evaluation and repair.

The leasing office was found to be in a very poor state of cleanliness and organization, making it difficult to efficiently conduct daily business operations.

The swimming pool was also in poor condition. A dead animal (mole) was found in the pool upon inspection, and it was reported that the pool had been closed and inoperable for approximately two weeks prior to the management transition. We also identified that the pool's salt generator was not functioning and observed multiple leaks within the pool equipment room. Repair proposals are currently being obtained.

Valet trash service, which residents were continuing to be billed for, had been discontinued due to nonpayment to the previous vendor, Western Valet. We immediately engaged Valet Living as the new provider, and trash receptacles were delivered and installed within 48 hours to restore service to residents.

Dog feces was observed throughout the property grounds, indicating that pet waste removal had not been routinely maintained for an extended period. This created both an unsightly appearance and a sanitation concern for residents and visitors.

Exhibit 2