**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION**

JENK'S BEST LIVING, LLC,

        Plaintiff,

*v.*

MARC KULICK;

VESTA REALTY, LLC;

VESTA CAPITAL, LLC;

YSA INVESTMENTS 1, LLC; and

BOCAIRE TULSA LENDER, LLC,

        Defendants.

**Case No. 26-17758-MMH**
**Adv. Case No. 26-176-MMH**

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT YSA INVESTMENTS 1, LLC

Pursuant to Local Bankr. Rule 9010-4(b)(1), Tara Lee and Scott Lerner of Dechert LLP hereby move for leave to withdraw their appearances as counsel in the above-captioned matter for Defendant YSA Investments 1, LLC ("YSA"). Marcus Helt and Debbie Green of Dechert LLP were also identified as counsel for YSA with their pro hac vice admission noted as "forthcoming," but no application for their admission was ever filed, neither entered an appearance of record, and neither will have any further involvement in this matter on behalf of YSA. YSA will continue to be represented in this matter by Justin Fasano of McNamee Hosea, P.A., who has already appeared in this matter.

Dated: August 5, 2026

Respectfully submitted,

*/s/ Tara M. Lee*
Tara M. Lee (Bar No. 17902)
Scott E. Lerner (Bar No. 13327)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: + 1 202 261 3300
Facsimile: + 1 202 261 3333
tara.lee@dechert.com
scott.lerner@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, a copy of the foregoing was served upon all counsel of record via the Court's electronic filing system.

*/s/ Tara M. Lee*
Tara M. Lee