## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

JENK'S BEST LIVING, LLC,

    Plaintiff,

v.

            **Case No. 26-17758-MMH**
            **Adv. Case No. 26-176-MMH**

MARC KULICK;

VESTA REALTY, LLC;

VESTA CAPITAL, LLC;

YSA INVESTMENTS 1, LLC; and

BOCAIRE TULSA LENDER, LLC,

    Defendants.

## PROPOSED ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance as Counsel for

Defendant YSA Investments 1, LLC, it is hereby:

ORDERED that the motion is GRANTED.


Dated: _____       _____

                Hon. Michelle M. Harner
                United States Bankruptcy Judge