Entered: August 11th, 2026
Signed: August 10th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **26–17758 – MMH**   Chapter: **11**   Adversary No.: **26–00176**

**Jenk's Best Living, LLC and PSC Thrive, LLC**
Debtors

**Jenk's Best Living, LLC**
Plaintiff

vs.

**Marc Kulick et al.**
Defendant

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## YSA INVESTMENTS 1, LLC

Upon consideration of the Motion to Withdraw Appearance filed by Tara Lee and Scott Lerner, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Tara Lee and Scott Lerner, as counsel of record for YSA INVESTMENTS 1, LLC is hereby stricken.

cc:   Plaintiff

Attorney for Plaintiff – Maurice Belmont VerStandig

Defendant

Attorney for Defendant – PRO SE

Other Counsel – Justin Fasano

**End of Order**

01x03 (rev. 05/02/2000) – MarkRybczynski