United States Bankruptcy Court

District of Maryland

Jenk's Best Living, LLC,

    Plaintiff

Adv. Proc. No. 26-00176-MMH

Kulick,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Bocaire Tulsa Lender, LLC, 4092 Bocaire Boulevard, Boca Raton, FL 33487-1146 |
| pla | + | Jenk's Best Living, LLC, 6911 South 66th East Avenue Suite 100, Tulsa, OK 74133-1748 |
| dft | + | YSA Investments 1, LLC, 8 The Green #23817, Dover, DE 19901-3618 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Marc Kulick |
| dft | | Vesta Capital, LLC |
| dft | | Vesta Realty, LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ari Scott Casper | acasper@casperfirm.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |

District/off: 0416-1                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 11, 2026                       Form ID: pdfparty                              Total Noticed: 3

Elimelech Baruch
                        ebaruch@casperfirm.com

Gregory J. Jordan
                        gjordan@jz-llc.com

Hugh M. (UST) Bernstein
                        hugh.m.bernstein@usdoj.gov

Justin Philip Fasano
                        jfasano@mhlawyers.com
                        jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
                        @notify.bestcase.com

Maurice Belmont VerStandig
                        mac@mbvesq.com
                        lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                        ndiglaw@recap.email

Tara Lee
                        tara.lee@dechert.com

Thomas J Gagliardo
                        tgagliardo@gelawyer.com

US Trustee - Baltimore
                        USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 10

Entered: August 11th, 2026
Signed: August 10th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **26–17758 – MMH**    Chapter: **11**    Adversary No.: **26–00176**

**Jenk's Best Living, LLC and PSC Thrive, LLC**
Debtors

**Jenk's Best Living, LLC**
Plaintiff

vs.

**Marc Kulick et al.**
Defendant

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## YSA INVESTMENTS 1, LLC

Upon consideration of the Motion to Withdraw Appearance filed by Tara Lee and Scott Lerner, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Tara Lee and Scott Lerner, as counsel of record for YSA INVESTMENTS 1, LLC is hereby stricken.

cc:    Plaintiff

Attorney for Plaintiff – Maurice Belmont VerStandig

Defendant

Attorney for Defendant – PRO SE

Other Counsel – Justin Fasano

**End of Order**

01x03 (rev. 05/02/2000) – MarkRybczynski